# Petition Exhibit 7

Email chain between from Rachel Scava and Harris Senturia re: Investigational hearings this week

(Nov. 26-28, 2018)

**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Wednesday, November 28, 2018 3:13 PM
**To:** Senturia, Harris <HSENTURIA@ftc.gov>
**Cc:** Jenkins, Adrienne M. <ajenkins@ftc.gov>
**Subject:** Re: Investigational hearings this week

Good Afternoon Harris,

This afternoon I filed with the District Court a Petition to Enforce the Petition to Quash and Limit for both Fully Accountable and Sarah Scava. While you should receive notice through the system, I have attached it here as well. I will send the exhibits in a separate email as they are too large.

At this time we will not be scheduling a hearing for Sarah Scava or Fully Accountable until the determination is made by the Court.

Have a great day,

Rachel Scava

On Wed, Nov 28, 2018 at 9:34 AM Senturia, Harris <HSENTURIA@ftc.gov> wrote:

> Good morning Rachel,
>
> As of now, Sarah Scava is due to appear tomorrow. Obviously, we would like to work with you on rescheduling the date, as demonstrated in the offer of seven different possible alternative dates in my email below from two days ago. But I have not heard back from you, and we are not going to agree to an open-ended extension. Please respond today so we can get the agreed date set and formalized. Thank you.
>
> Regards,
> Harris
>
> Harris A. Senturia
> East Central Region
> Federal Trade Commission
> 1111 Superior Avenue, Suite 200
> Cleveland, Ohio 44114-2507
> Tel: (216) 263-3420
> Cell: (202) 256-0261
> hsenturia@ftc.gov
>
>
> **From:** Senturia, Harris
> **Sent:** Monday, November 26, 2018 3:40 PM

**To:** 'Rachel Scava' <rachel.scava@fullyaccountable.com>
**Cc:** Jenkins, Adrienne M. <ajenkins@ftc.gov>
**Subject:** RE: Investigational hearings this week

Good afternoon Rachel,

Thank you for your reply. For purposes of clarity and efficiency, let's see if we can settle on a date for the Sarah Scava hearing first, then look at scheduling the Fully Accountable hearing.

For Sarah Scava, we can be available December 6, 7, 10, 11, 12, 13 or 14. Please let us know which of those dates will work. Thank you.

Regards,
Harris

Harris A. Senturia
East Central Region
Federal Trade Commission
1111 Superior Avenue, Suite 200
Cleveland, Ohio 44114-2507
Tel: (216) 263-3420
Cell: (202) 256-0261
hsenturia@ftc.gov


**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Monday, November 26, 2018 3:17 PM
**To:** Senturia, Harris <HSENTURIA@ftc.gov>
**Cc:** Jenkins, Adrienne M. <ajenkins@ftc.gov>
**Subject:** Re: Investigational hearings this week

Good Afternoon Harris and Adrienne,

I did receive notice this morning the petitions were both denied. Due to the timing and notice over a holiday weekend, Thursday and Friday will not work as I am unavailable. Please let me know some other days and times that will work for you.

I hope you both had a lovely holiday.

Rachel

On Mon, Nov 26, 2018 at 11:12 AM Senturia, Harris <HSENTURIA@ftc.gov> wrote:
> Good morning Rachel,
>
> I hope that you had a good Thanksgiving holiday.
>
> I understand that the Commission's decision denying the petitions to quash was sent to you last week. We look forward to seeing you here in Cleveland this Thursday,

November 29, with Sarah Scava, and on Friday, November 30, with Chris Giorgio as the designee for Fully Accountable.

The Sarah Scava hearing on Thursday the 29th will take place on the fourth floor of the building (1111 Superior Avenue), while the Fully Accountable hearing on Friday the 30th will be on the second floor of the building.

Please feel free to contact Adrienne and me with any questions.

Regards,
Harris

Harris A. Senturia
East Central Region
Federal Trade Commission
1111 Superior Avenue, Suite 200
Cleveland, Ohio 44114-2507
Tel: (216) 263-3420
Cell: (202) 256-0261
hsenturia@ftc.gov

--

**Rachel Scava**
CHIEF OPERATING OFFICER
(216) 810-4705 ext. 2203
rscava
**Website.** www.fullyaccountable.com
**Blog.** www.fullyaccountable.com/blog

--

**Rachel Scava**
CHIEF OPERATING OFFICER
(216) 810-4705 ext. 2203
rscava
**Website.** www.fullyaccountable.com
**Blog.** www.fullyaccountable.com/blog