FILED

2019 FEB -4 AM 9:08

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Petitioner, <br><br> v. <br><br> **FULLY ACCOUNTABLE, LLC,** and <br><br> **SARAH SCAVA,** <br><br> Respondents. | Misc. No. <br><br> 5:19 MC 21  |

### FEDERAL TRADE COMMISSION'S NOTICE OF RELATED CASE

The Federal Trade Commission respectfully notifies this Court of a pending case that is related to this proceeding. The caption of that case is:

*Federal Trade Commission v. Fully Accountable, LLC*, 5:18-mc-000054-SL (N.D. Ohio filed June 8, 2018).

This related case also involves enforcement of an FTC civil investigative demand, a form of compulsory process, issued to Fully Accountable, LLC, one of the two Respondents in this instant compulsory process enforcement proceeding. This related case was assigned to Judge Sara Lioi and Magistrate Judge George Limbert.

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

JAMES REILLY DOLAN
Principal Deputy General Counsel

/s/ *[signature]*

BURKE W. KAPPLER
Attorney

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel.: (202) 326-2043
Fax: (202) 326-2477
Email: bkappler@ftc.gov

Dated: February 1, 2019.