**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** ) | Case No.  5:19 MC 21 | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| **v.** ) | **AMENDED** | |
| ) | **CONSENT TO TRANSFER AND** | |
| ) | **ORDER OF TRANSFER OF A** | |
| **FULLY ACCOUNTABLE LLC, et al.,** ) | <u>**RELATED CASE**</u> | |
| ) | | |
| **Defendants.** ) | | |

The above captioned case is hereby reassigned as related to an earlier assigned case upon motion by a party or with the concurrence of both the transferee and transferor judges as related to case 5:18 MC 54.

The undersigned are the transferee and transferor judges, each of whom hereby consents to the transfer.

    _/s/Donald C. Nugent____
    DONALD C. NUGENT
    Transferor Judge

    _/s/Sara Lioi____
    SARA LIOI
    Transferee Judge

DATE: <u>February 13, 2019</u>