IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Petitioner,<br><br>v.<br><br>**FULLY ACCOUNTABLE, LLC,** and<br><br>**SARAH SCAVA,**<br><br>Respondents. | Misc. No. 5:19-mc-00021-SL |

### FEDERAL TRADE COMMISSION'S NOTICE OF SERVICE

Petitioner, the Federal Trade Commission, respectfully notifies the Court that, following this Court's Order to Show Cause entered on March 11, 2019, the FTC has served counsel for Respondents Fully Accountable, LLC and Sarah Scava with a copy of the signed Order to Show Cause, along with copies of the Federal Trade Commission's Petition to Enforce Civil Investigative Demands, the attached exhibits, and the supporting Memorandum of Points and Authorities.  *See* Notice Exhibit (Ex.) 1; *see also* Docs. 1 to 1-9; 12.

In addition, the FTC served upon Respondents' counsel copies of the FTC's Motion for Temporary Seal, with supporting documents, and this Court's *Ex Parte* Order granting that temporary seal. *See* Notice Ex. 1; *see also* Docs. 3 to 3-2; 10. The FTC also included unredacted copies of the documents containing material currently under temporary seal. Notice Ex. 1.

The terms of the Order to Show Cause directed the FTC to serve the material described above "upon Respondents and/or their counsel, using as expeditious means as practicable." Doc. 12 at 3. Upon entry of this Order, the FTC arranged for delivery of the documents described above by FedEx overnight delivery service to Gregory Barwell, Joseph Lipari, and Rachel Scava. *See* Notice Ex. 1. Messrs. Barwell and Lipari previously entered appearances as counsel for Respondent Fully Accountable in this matter, *see* Docs. 7 to 9, while Ms. Scava indicated in a prior email that she would accept service on behalf of Fully Accountable and Sarah Scava. *See* Notice Ex. 2. On March 12, 2019, the FTC received from FedEx proof of delivery to each of these counsel. *See* Notice Ex. 3.

Accordingly, the FTC has completed service upon Respondents consistent with the terms of the Order to Show Cause. Additionally, this Notice serves to commence the ten-day period provided by the Court's Order granting the FTC's Motion for Temporary Seal. *See* Doc. 10 at 2-3. As provided by that Order, if Respondent Fully Accountable, LLC does not file a motion for protective order or seal within ten days, the Court may lift the seal and restore the information that is currently under seal to the public record. *Id.* at 3.

                                                    Respectfully submitted,

                                                    ALDEN F. ABBOTT
                                                    General Counsel

                                                    JOEL MARCUS
                                                    Deputy General Counsel for Litigation

                                                    MICHELE ARINGTON
                                                    Assistant General Counsel for Trial Court Litigation

                                                    */s/ Burke W. Kappler*
                                                    BURKE W. KAPPLER
                                                    Attorney

                                                    FEDERAL TRADE COMMISSION
                                                    600 Pennsylvania Ave., N.W.
                                                    Washington, DC 20580
                                                    Tel.: (202) 326-2043
                                                    Fax: (202) 326-2477
Dated: March 12, 2019.              Email: bkappler@ftc.gov

**Certificate of Service**

I hereby certify that on March 12, 2019, I served the foregoing Notice of Service and accompanying exhibits upon Gregory Barwell and Joseph Lipari, counsel for Respondent Fully Accountable, LLC, by filing it with the CM/ECF system for the Northern District of Ohio, which provides a notification to all counsel appearing in this matter.

I further certify that on March 12, 2019, I served the foregoing Notice of Service and accompanying exhibits upon Rachel Scava, counsel for Respondents Fully Accountable, LLC, and Sarah Scava by e-mail to rachel.scava@fullyaccountable.com.

*/s/ Burke W. Kappler*
BURKE W. KAPPLER