# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CASE NO. 5:18-mc-54; 5:19-mc-21 |
| | ) | |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FULLY ACCOUNTABLE, LLC, | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

In light of petitioner's representations in its October 30, 2019 Combined Status Report, the Court administratively closes these miscellaneous cases.

**IT IS SO ORDERED**.

Dated: November 4, 2019

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**